UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Bankr. Case No. 15-31684-DHW-13 |
| Quinetta Owens | Chapter 13 |
|     Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ James Hogan, Jr.

    James Hogan, Jr.
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 8, 2015 :

RICHARD D SHINBAUM  
PO BOX 201  
MONTGOMERY, AL  36101

Curtis C. Reding  
P. O. Box 173  
Montgomery, AL 36101

By /s/ James Hogan, Jr.  
    James Hogan, Jr.

xxxxx77356 / 713900