# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>QUINETTA OWENS<br>SSAN: XXX-XX-9646<br><br><br><br>Debtor(s) | Case No. 15-31684-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Wednesday, June 24, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, August 6, 2015.

(**X**) The Trustee has not received the debtors' tax returns as required by 11 USC § 521.

(**X**) The following creditor was not listed, but they filed their claim as secured The debtor's plan fails to make provisions for this claim.

    Creditor: ACCEPTANCE LOAN COMPANY
    Trustee's Claim Number: 7
    Account Number: 1516 - TVS/COMPUTER - NO PROV
    Claim Amount: $2,088.42
    Court Claim Number: 4
    Claim Filed As: SECURED

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Friday, September 4, 2015.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br>By:/s/ *Tina J. Hayes* |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Friday, 4 September, 2015.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>        RICHARD D SHINBAUM | /s/ *Tina J. Hayes*<br>Tina J. Hayes |